IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br>LESLIE DAVID DUNBAR,<br><br>DEFENDANT. | No. 3:12-cr-00279-BR-1<br><br>[Revised Proposed]<br><br>ORDER TO PROVIDE EXPENSES FOR TRAVEL AND SUBSISTENCE UNDER 18 U.S.C. §4285 |

It appearing that the defendant has been released under chapter 207 of Title 18, United States Code to his home in Fairfield, California, on condition of his subsequent appearance before this United States District Court, and that he is financially unable to provide the necessary transportation to appear before the Court on his own,

IT IS HEREBY ORDERED that the United States Marshal is directed to arrange for the defendant's non-custodial transportation to court, or furnish the fare for such transportation, and to furnish defendant with an amount of money for subsistence expenses

to his destination pursuant to 18 U.S.C. § 4285, so that he may appear before this United States District Court on Tuesday, May 14, 2013.

DATED THIS 8th day of May, 2013.

_____
The Honorable Anna J. Brown
United States District Court Judge

Submitted By:

/s/ C. Renée Manes
C. Renée Manes
Attorney for Defendant